# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2006

129691

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In Re DENIAL OF PETITIONER VJT, INC.,
d/b/a CYPRUS TAVERNA APPLICATION
FOR SUPPLIER'S LICENSE

_____

VJT, INC., d/b/a CYPRUS TAVERNA,
             Petitioner-Appellant,

v                                          SC: 129691
                                           COA: 260937
                                           Wayne CC: 04-429901-AA

MICHIGAN GAMING CONTROL BOARD,
             Respondent-Appellee.

_____/

   On order of the Court, the application for leave to appeal the July 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2006                    _____

s0221                                            Clerk